In re Nomination PETITION OF Dan ROONEY, Republican Candidate for Representative in the General Assembly from the 149th District.

**Appeal of Marilyn Vaccarello.**

Supreme Court of Pennsylvania.

May 9, 2002.

### ORDER

PER CURIAM.

AND NOW, this 9th day of May, 2002, the order of the Commonwealth Court is affirmed. The Appellee's "Motion to Strike the First Issue in the Appellant's Brief" is denied.